BEFORE THE SECOND DIVISION, DECEMBER 3, 1964

**No. 68914.**—Schick X-Ray Co., Inc. *v.* United States, protests 64/6501, 64/6650, and 64/5690 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of injectors and parts, in chief value of metal, similar in all material respects to those the subject of *Schick X-Ray Co., Inc.* v. *United States* (49 Cust. Ct. 38, C.D. 2358), the claim of the plaintiff was sustained.

**No. 68915.**—Empire Findings Co., Inc. *v.* United States, protests 60/1431, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the items of merchandise marked "S" and "P" consist of stethoscopes or parts thereof, respectively, similar in all material respects to those the subject of Abstract 68126, the claim of the plaintiff was sustained.

DECEMBER 1, 1964

**No. 68916.**—John L. Westland & Son, Inc. *v.* United States, protest 63/21872. Protest abandoned September 24, 1964.   (Not published.)   (Initial No. 63/19972.)   Plaintiff's application for rehearing granted.

DECEMBER 2, 1964

**No. 68917.**—Novelty Import Co., Inc. *v.* United States, protest 59/33338. Abstract 68780.   Plaintiff's application for rehearing denied.